UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON DESMOND SMALLS,

                              Plaintiff,

                    -against-

ALYSSA FUCH; COHEN AND FITCH,

                              Defendants.

25cv776 (LTS)

CIVIL JUDGMENT

         For the reasons stated in the March 13, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

*See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.


 Dated:    July 15, 2025
           New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge